UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney: CSM LEGAL P.C. - 2371

---

FERNANDO RODRIGUEZ ET AL

                   **Plaintiff(s)**

-against-

CROWN HEIGHTS PIZZA LLC ET AL

                   **Defendant(s)**

Index #: 24 CV 2848

Date Filed:

**AFFIRMATION OF SERVICE**

---

MOHAMMED AL-ATRASH AFFIRMS AND SAYS AFFIRMANT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 14, 2024 at 12:17 PM at

CROWN HEIGHTS PIZZA LLC
563 LINCOLN PL
BROOKLYN, NY 11238

Affirmant served the within true copy/copies of the SUMMONS & COMPLAINT on JOHN IEZZI JR., the defendant/respondent therein named,

**SUITABLE AGE**    by delivering thereat a true copy/copies of each to MR. CARLOS a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. He identified himself as the CO-WORKER of the defendant/respondent.

Affirmant further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | COVERED BY HAT | 40 | 5'9 | 190 |

TATTOOS

**MAILING**    Affirmant enclosed a true copy of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

CROWN HEIGHTS PIZZA LLC
563 LINCOLN PL
BROOKLYN, NY 11238

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 14, 2024 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the person to be served.



Pursuant to New York Civil Practice Law Rules 2106 - I affirm on 14 day of May, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Gotham Process Inc.
Lic. 1251720-DCA
299 Broadway
New York NY 10007

**MOHAMMED AL-ATRASH**
License #: 2094622-DCA
Docket #:     *1293970*