UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FERNANDO RODRIGUEZ and ARTURO MEJIA TRUJILLO,

                        Plaintiffs,

-against-

CROWN HEIGHTS PIZZA LLC (D/B/A CROWN HEIGHTS PIZZA), ALEKSANDR ISAKHAROV (AKA BRUNO), and JOHN IEZZI JR,

                        Defendants.
-----------------------------------------------------------------X

Case No.: 1:24-cv-2848 (RML)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
       June 5, 2024

Respectfully submitted,
**SAGE LEGAL LLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Crown Heights Pizza LLC,*
*Aleksandr Isakharov, and*
*John Iezzi, Jr.*

**VIA ECF**
CSM Legal, P.C.
<u>Attn</u>: Catalina Sojo, Esq.
60 East 42nd Street, Suite 4510
New York, NY 10165-0002
catalina@csmlegal.com

*Attorneys for Plaintiffs*
*Fernando Rodriguez, and*
*Arturo Mejia Trujillo*