# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

June 9, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Robert M. Levy, U.S.M.J.
225 Cadman Plaza East
Courtroom 11B South
Brooklyn, NY 11201-1804

      *Re:*    **Rodriguez,** *et ano* **v. Crown Heights Pizza, LLC,** *et al.*
             **Case No.: 1:24-cv-2848 (RML)**

Dear Judge Levy:

      This firm represents the Defendants in the above-referenced case, who respectfully submit this letter motion in accordance with ¶ 2(E) of this Court's Individual Motion Practices and Rules (hereinafter the "Individual Rules") to respectfully request a sixty (60) day extension of time to respond to Plaintiff's Complaint, ECF Docket Entry 1.

      Consistent with the Individual Rules, Defendants respectfully submit that: (i) the original date of the deadline to respond to the complaint is May 28, 2024; (ii) the reason for the request is to permit Defendants to investigate the claims made in the complaint; (iii) a sixty (60) day extension of time – until July 27, 2024 – is sought; (iv-v) there have been no previous requests for an extension of time to respond to the complaint; and (vi) the adversary consents to the requested extension.

      Defendants thank this honorable Court for its time and attention to this case.

Dated:  Jamaica, New York
        June 9, 2024

                                            Respectfully submitted,
                                            **SAGE LEGAL LLC**
                                            <u>*/s/ Emanuel Kataev, Esq.*</u>
                                            Emanuel Kataev, Esq.
                                            18211 Jamaica Avenue
                                            Jamaica, NY 11423-2327
                                            (718) 412-2421 (office)
                                            (917) 807-7819 (cellular)
                                            (718) 489-4155 (facsimile)
                                            emanuel@sagelegal.nyc

                                            *Attorneys for Defendants*
                                            *Crown Heights Pizza LLC,*
                                            *Aleksandr Isakharov, and*
                                            *John Iezzi, Jr.*

2

**VIA ECF**
CSM Legal, P.C.
<u>Attn</u>: Catalina Sojo, Esq.
60 East 42nd Street, Suite 4510
New York, NY 10165-0002
catalina@csmlegal.com

*Attorneys for Plaintiffs*
*Fernando Rodriguez, and*
*Arturo Mejia Trujillo*