AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Rodriguez et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-02848-NRM-RML |
| Crown Heights Pizza LLC et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 12/17/2024

/s/ Jesse S. Barton
*Attorney's signature*

Jesse S. Barton [JB 1166]
*Printed name and bar number*

CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165
*Address*

jbarton@csm-legal.com
*E-mail address*

(212) 317-1200
*Telephone number*

(212) 317-1620
*FAX number*