UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FERNANDO RODRIGUEZ and ARTURO
MEJIA TRUJILLO,

              Plaintiff(s),

-against-

CROWN HEIGHTS PIZZA LLC (D/B/A
CROWN HEIGHTS PIZZA), ALEKSANDR
ISAKHAROV (AKA BRUNO), and JOHN
IEZZI JR.,

              Defendants.
-----------------------------------------------------------X

Index No.: 24-cv-02092-PKC-TAM

**CONSENT TO CHANGE ATTORNEY**

     IT IS HEREBY CONSENTED that Michael Faillace be substituted as attorney of record for the undersigned party(ies) in the above-entitled action in place and stead of the undersigned attorney as of the date hereof.

     I affirm this under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

     This document was read and explained to me in Spanish, and that I understand its contents and sign it voluntarily. (Este documento me fue leído y explicado en español, y entiendo su contenido y lo firmo voluntariamente).

Dated: New York, New York
        April 2, 2025

_____
FERNANDO RODRIGUEZ

_____
ARTURO MEJIA TRUJILLO

/s/ Michael Faillace
Michael Faillace, Esq.
CSM Legal, P.C.
60 E 42nd St #4510
New York, NY 10165
Incoming Attorney

/s/ Catalina Sojo
Catalina Sojo, Esq.
CSM Legal, P.C.
60 E 42nd St #4510
New York, NY 10165
Outgoing Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FERNANDO RODRIGUEZ and ARTURO
MEJIA TRUJILLO,

            Plaintiff(s),

-against-

CROWN HEIGHTS PIZZA LLC (D/B/A
CROWN HEIGHTS PIZZA), ALEKSANDR
ISAKHAROV (AKA BRUNO), and JOHN
IEZZI JR.,

            Defendants.
----------------------------------------------------------X

**Index No.: 24-cv-02092-PKC-TAM**

**CONSENT TO CHANGE ATTORNEY**

    IT IS HEREBY CONSENTED that Michael Faillace be substituted as attorney of record for the undersigned party(ies) in the above-entitled action in place and stead of the undersigned attorney as of the date hereof.

    I affirm this under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

    This document was read and explained to me in Spanish, and that I understand its contents and sign it voluntarily. (Este documento me fue leído y explicado en español, y entiendo su contenido y lo firmo voluntariamente).

Dated: New York, New York
       April 2, 2025



FERNANDO RODRIGUEZ

ARTURO MEJIA TRUJILLO

/s/ Michael Faillace
Michael Faillace, Esq.
CSM Legal, P.C.
60 E 42nd St #4510
New York, NY 10165
Incoming Attorney

/s/ Catalina Sojo
Catalina Sojo, Esq.
CSM Legal, P.C.
60 E 42nd St #4510
New York, NY 10165
Outgoing Attorney