# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

May 21, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Nina R. Morrison, U.S.D.J.
225 Cadman Plaza East
Courtroom 6E North
Brooklyn, NY 11201-1804

      *Re:*    **Rodriguez,** *et ano* **v. Crown Heights Pizza, LLC,** *et al.*
              <u>**Case No.: 1:24-cv-2848 (NRM) (RML)**</u>

Dear Judge Morrison:

      This firm represents the Defendants in this case. Defendants write to respectfully request an Order dismissing the individual Defendants from this case without prejudice as set forth in this Court's January 9, 2025 Order. Plaintiffs did not timely file any supplemental letter brief or amended pleading by the deadlines entered by this Court. As a result, dismissal is warranted. Defendants thank this honorable Court for its time and attention to this case.

Dated:  Jamaica, New York
          March 28, 2025

                                        Respectfully submitted,
                                        **SAGE LEGAL LLC**
                                        <u>*/s/ Emanuel Kataev, Esq.*</u>
                                        Emanuel Kataev, Esq.
                                        18211 Jamaica Avenue
                                        Jamaica, NY 11423-2327
                                        (718) 412-2421 (office)
                                        (917) 807-7819 (cellular)
                                        (718) 489-4155 (facsimile)
                                        mail@emanuelkataev.com

                                        *Attorneys for Defendants*
                                        *Crown Heights Pizza LLC,*
                                        *Aleksandr Isakharov, and*

**VIA ECF**                               *John Iezzi, Jr.*
CSM Legal, P.C.
<u>Attn</u>: Michael Faillace, Esq.
60 East 42nd Street, Suite 4510
New York, NY 10165-0002
michael@faillacelaw.com

*Attorneys for Plaintiffs*
*Fernando Rodriguez, and*
*Arturo Mejia Trujillo*