**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------X
FERNANDO RODRIGUEZ and ARTURO MEJIA TRUJILLO,
individually and on behalf of others similarly situated,   Case No.: 1:2024-cv-02848

                                      Plaintiffs,

                        -against-

CROWN HEIGHTS PIZZA LLC (D/B/A CROWN HEIGHTS PIZZA), ALEKSANDR ISAKHAROV (AKA BRUNO), and JOHN IEZZI JR.,

                                      Defendants.
------------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Eduard Kushmakov, Esq. hereby appears as counsel for all Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Forest Hills, New York
       May 22, 2025

                                                          **KUSHMAKOV LAW, P.C.**

                                                          /s/ Eduard Kushmakov
                                                          **Eduard Kushmakov, Esq.**
                                                          71-50 Austin Street, Ste. 205
                                                          Forest Hills, New York 11375
                                                          (646) 694-0248
                                                          eduard@kushmakovlaw.com