# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

May 28, 2025

**VIA ECF**  
Honorable Nina R. Morrison  
United States District Judge  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

    **Re:**    **Rodriguez et al v. Crown Heights Pizza LLC et al**  
    **Case:**    **24-cv-02848**

Dear Judge Morrison:

    This office represents Plaintiffs in the above-named action. We submit this letter pursuant to the Court's Order dated May 22, 2025. Plaintiffs consent to Defendants request to dismiss the individual Defendants without prejudice.

    Respectfully submitted,

    /s Michael Faillace  
    Michael Faillace, Esq.