# MICHAEL FAILLACE & ASSOCIATES, P.C.

Employment and Litigation Attorneys

60 East 42nd St.  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

August 20, 2025

**BY ECF**  
Hon. Robert M. Levy  
United States Magistrate Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re: **1:24-cv-02848; Rodriguez et al v. Crown Heights Pizza LLC et al**

Your Honor:

This firm represents Plaintiffs in the above-referenced matter. We write to provide the Court with a mediation status report. A settlement in principle has been reached and we are in the process of finalizing certain specific terms. Plaintiff will file Rule 68 documents in three weeks.

Respectfully Submitted,

 /s/ *Michael Faillace*  
Michael Faillace, Esq.  
*Attorneys for Plaintiffs*

*Certified as a minority-owned business in the State of New York*