**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------X
FERNANDO RODRIGUEZ and ARTURO
MEJIA TRUJILLO, *individually and on behalf of others similarly situated,*

                     *Plaintiff,*

    -against-

CROWN HEIGHTS PIZZA LLC (D/B/A CROWN HEIGHTS PIZZA), ALEKSANDR ISAKHAROV (AKA BRUNO), and JOHN IEZZI JR.,

                    *Defendants,*
-----------------------------------X

Civil Action No. **1:24-cv-02848-NRM-RML**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To:    **Eduard Kushmakov, Esq**
        **Kushmakov Law, P.C.**
        71-50 Austin Street, Ste 205
        Forest Hills, New York 11375
        (646) 694-0248
        Eduard@kushmakovlaw.com
        *Attorneys for Defendants*

      PLEASE TAKE NOTICE that Plaintiffs Fernando Rodriguez and Arturo Mejia Trujillo, hereby accepts the offer of judgment made by Defendant CROWN HEIGHTS PIZZA LLC (D/B/A CROWN HEIGHTS PIZZA), pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated November 7, 2025. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated:  New York, New York

      November 7, 2025

                                    */s/ Michael Faillace*
                                    Michael Faillace, Esq.
                                    Michael Faillace & Associates, P.C.
                                    60 East 42nd Street, Suite 4510
                                    New York, NY 10165
                                    (212) 317-1200
                                    *Attorneys for Plaintiffs*