UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FERNANDO RODRIGUEZ and ARTURO MEJIA TRUJILLO, *individually and on behalf of others similarly situated*,

                      *Plaintiff,*

-against-

CROWN HEIGHTS PIZZA LLC (D/B/A CROWN HEIGHTS PIZZA),

                      *Defendants.*

**Case No.** 1:24-cv-02848-NRM-RML

**OFFER OF JUDGMENT TO PLAINTIFFS' PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO:  Michael Faillace, Esq.
       Michael Faillace & Associates, P.C.
       60 East 42nd Street, Suite 4510
       New York, NY 10165
       michael@faillacelaw.com

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant CROWN HEIGHTS PIZZA LLC (D/B/A CROWN HEIGHTS PIZZA), ("Defendant") hereby offer to allow judgment to be entered against him by FERNANDO RODRIGUEZ and ARTURO MEJIA TRUJILLO ("Plaintiffs") in the above-captioned action in the total sum of Eighty Thousand Dollars and No Cents ($80,000.00), inclusive of reasonable attorneys' fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

      This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiffs may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants or any owner, employee, or agent, either past or present, of the Defendants, or in connection

1

with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by the Defendants, or any owner, employee, representative, or agent of any of the Defendants; nor is it an admission that Plaintiff has suffered any damages.

In order for Plaintiffs to accept this offer, Plaintiffs must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn. The total of Eighty Thousand Dollars and No Cents ($80,000.00), shall be paid as follows:

a. Installment One: A check in the amount of Sixty Thousand Dollars and No Cents ($60,000.00) made payable to "Michael Faillace & Associates, P.C." and delivered to Plaintiff's counsel to be paid within thirty (30) days of the Court entering judgment against Defendants.

b. Installment Two: A check in the amount of Six Thousand Dollars and Sixty-Six Cents ($6,666.66) made payable to "Michael Faillace & Associates, P.C." and delivered to Plaintiff's counsel to be paid within sixty (60) days of the Court entering judgment against Defendants.

c. Installment Three: A check in the amount of Six Thousand Dollars and Sixty-Six Cents ($6,666.66) made payable to "Michael Faillace & Associates, P.C." and delivered to Plaintiff's counsel to be paid within ninety (90) days of the Court entering judgment against Defendants.

d. Installment Four: A check in the amount of Six Thousand Dollars and Sixty-Six Cents ($6,666.66) made payable to "Michael Faillace & Associates, P.C." and delivered to Plaintiff's counsel to be paid within one hundred twenty (120) days of the Court entering judgment against Defendants.

If Defendants fails to make the payments outlined above, If Defendants fail to make a payment on time, or a check bounces or is not supported by sufficient funds, then Plaintiff will send written notice to

Defendants via overnight mail and email to emanuel@sagelegal.nyc, which shall be considered received the following business day, and Defendants shall have seven (7) business days thereafter to cure.

Dated: New York, New York
November 7, 2025

By: *Eduard Kushmakov*
Eduard Kushmakov
Kushmakov Law, P.C.
71-50 Austin Street
Ste 205
Forest Hills, NY 11375
646-694-0248
Email: eduard@kushmakovlaw.com