UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

FERNANDO RODRIGUEZ and ARTURO MEJIA TRUJILLO, individually and on behalf of others similarly situated,

       *Plaintiffs*,

-against-

CROWN HEIGHTS PIZZA LLC (D/B/A CROWN HEIGHTS PIZZA), ALEKSANDR ISAKHAROV (AKA BRUNO), and JOHN IEZZI JR.

       *Defendants,*

----------------------------------------------------------X

Index No.: **1:24-cv-02848-NRM-RML**

**AFFIRMATION OF SERVICE**

  I, Michael Faillace, an attorney licensed to practice in this state and before this court, affirm under penalty of perjury that (a) on November 7, 2025, I accepted service, on behalf of Plaintiffs FERNANDO RODRIGUEZ and ARTURO MEJIA TRUJILLO, of the Offer of Judgment, dated November 7, 2025, extended by Defendant CROWN HEIGHTS PIZZA LLC (D/B/A CROWN HEIGHTS PIZZA), said Offer of Judgment having been transmitted to me on November 7, 2025, via electronic mail by Defendant's counsel, Eduard Kushmakov, Esq., from the electronic mail Eduard@kushmakovlaw.com; and that (b) on November 7, 2025, I served Plaintiff's acceptance of said Offer of Judgment upon the offering Defendants.

Dated: November 7, 2025

*/s/ Michael Faillace*
Michael Faillace & Associates, P.C.
60 East 42nd Street
Suite 2540
New York, NY 10165
212-317-1200
Fax: 212-317-1620
Email: michael@faillacelaw.com
*Attorney for Plaintiffs*
