UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FERNANDO RODRIGUEZ and ARTURO
MEJIA TRUJILLO, *individually and on behalf of others similarly situated*,

                           *Plaintiffs*,

-against-

CROWN HEIGHTS PIZZA LLC (D/B/A
CROWN HEIGHTS PIZZA), ALEKSANDR
ISAKHAROV (AKA BRUNO), and JOHN
IEZZI JR.,

                           *Defendants*,
------------------------------------------------------------------X

Civil Action No.: **1:24-cv-02848**

**[Proposed Form Of]
JUDGMENT**

## JUDGMENT

On November 7, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, FERNANDO RODRIGUEZ and ARTURO MEJIA TRUJILLO, have judgment against CROWN HEIGHTS PIZZA LLC (D/B/A CROWN HEIGHTS PIZZA), jointly and severally, in the amount of eighty-thousand ($80,000.00), which is inclusive of attorneys' fees and costs.

Dated: November 7, 2025

                                                  _____
                                                  HON. ROBERT M. LEVY
                                                  U.S. MAGISTRATE JUDGE