UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

FERNANDO RODRIGUEZ and ARTURO
MEJIA TRUJILLO, *individually and on behalf of
others similarly situated,*

                           *Plaintiffs*,

  -against-

CROWN HEIGHTS PIZZA LLC (D/B/A
CROWN HEIGHTS PIZZA), ALEKSANDR
ISAKHAROV (AKA BRUNO), and JOHN
IEZZI JR.,

                           *Defendants,*

------------------------------------------------------------------X

Civil Action No.: **1:24-cv-02848**

**JUDGMENT**

## **JUDGMENT**

     On November 7, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED and ADJUDGED as follows:

That the Plaintiffs, FERNANDO RODRIGUEZ and ARTURO MEJIA TRUJILLO, have judgment against CROWN HEIGHTS PIZZA LLC (D/B/A CROWN HEIGHTS PIZZA), jointly and severally, in the amount of eighty-thousand ($80,000.00), which is inclusive of attorneys' fees and costs.

Dated: Brooklyn, New York

       November 10, 2025

BRENNA B. MAHONEY
CLERK OF COURT

by: *Jalitza Poveda*
       Deputy Clerk