**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

FERNANDO RODRIGUEZ and ARTURO MEJIA TRUJILLO,
individually and on behalf of others similarly situated,

Case No.: **1:24-cv-02848**

*Plaintiffs,*

SATISFACTION OF JUDGMENT

-against-

CROWN HEIGHTS PIZZA LLC (D/B/A CROWN HEIGHTS PIZZA),
ALEKSANDR ISAKHAROV (AKA BRUNO), and JOHN IEZZI JR.,

*Defendants.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, a judgment was entered in the above action on the 10th day of November

2025, in favor of Plaintiffs FERNANDO RODRIGUEZ and ARTURO MEJIA TRUJILLO, in

the amount of $80,000.00, and said judgment with interest and costs thereon having been fully

paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged,

and the Clerk of the Court is hereby authorized and directed to make an entry of the full and

complete satisfaction on the docket of said judgment.

Dated: New York, New York
      July 6, 2026

            _/s/Michael Faillace_____
            Michael Faillace, Esq.
            MICHAEL FAILLACE & ASSOCIATES, P.C.
            60 East 42nd St. Suite 4510
            New York, NY 10165
            Tel: (212) 317-1200; Fax: (212) 317-1620
            Email: michael@faillacelaw.com
            *Attorneys for Plaintiffs*